# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Birmingham District Office

Ridge Park Place, Suite 2000
1130 - 22nd Street, South
Birmingham, AL 35205
(205) 221-2089
TTY (205) 221-2112
FAX (205) 731-2105

Our Reference:
Charge No: 130 2004 02580
Alvin Turner
v.
Alabama Department of Youth Services

Deborah Spann, Personnel Director
Alabama Department of Youth Services
P.O. Box 56, 100 Industrial Road
Mount Meighs, AL 36057

Dear Ms. Span:

A review of this case file in the above referenced charge reveals that the data requested in the attached enclosure will be needed before the investigation of this charge can be completed.

Your cooperation with submitting this request on or before September 8, 2004, will be appreciated. Should you have any questions regarding this request, please telephone me at (205) 212-2107, during the hours of 8:00 a.m. and 4:30 p.m, Monday through Friday.

Sincerely,

8/19/04
Date

Noah Carter
Investigator

Enclosure:

Attachment 3

Respondent: Alabama Department of Youth Services
Charge No: 130-2004-02580

1. Provide a complete copy of the specific personnel policy that governs the approval or disapproval of request for donated leave.

2. Provide a copy of the personnel/leave records for Sylvia Dryer. Please note that these records should focus only on the employees request for all types of leave; whether it was granted, if not granted (why not) and dates leave took effect. No related medical records are necessary.

3. Provide a list and supportive documents showing all employees who requested donated leave during the period from January 1, 2002, to present, annotated to show the following:

    a. name
    b. gender
    c. date
    d. date approved/disapproved (reason for decision)

(no related medical records are necessary)