**CASE LOG**

(Continue on Reverse)

| Charge No. | | Respondent | | Charging Party | |
|---|---|---|---|---|---|
| **Date** | | **Action** | | **Entered** | **Reviewed/** |
| 8/4/04 | | Spoke with Resp's repres. on this date re a follow-up of the the submission of the the personnel/ leave records of Myrna Dozer. Said person states that the request would not be responding to unless put in a written request. She (P. Carney) also stated that the submission of the aforementioned records would probable require a subpoena. She offered to have her supervisor telephone me, and I agreed | | NDz | |
| 8/19/04 | | Prepared RFI on this date ref above entry | | NDz | |
| 8/30/04 | | On this date the Comm received a reply to the RFI, dated 8/19/04. In it Resp representative states that it would not be providing the requested information. | | | |

Attachment 5

| 9/3/04 | | telephone contact with Phillis Carney |
|---|---|---|

of Resp's HR dept. indicates that the needed records will not be forthcoming NDz short of a subpoena (over)