BIDO 50035
Charge No. 130 2004 02580

## SUBPOENA
### PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

☐ in person

☒ by certified mail

☐ by leaving a copy with a responsible person, at the principal office or place of business, to wit:

Name           Deborah Spann

Position       Personnel Director

Address        100 Industrial Drive, Mt. Meigs, AL 36057

On             4/27/05
               (Mo, day & year)

               Noah Carter
               (Signature of person making service)

               Investigator
               (Official title, if any)

               Alabama

               Montgomery

CERTIFICATION OF ATTENDANCE

...d herein was in attendance and satisfactorily
...ed or gave oral testimony at

_____

_____
               (Mo, day & year)

_____
               (Signature of person making service)

_____
               (Official title, if any)

Page 2 of Form 136 (Test 10/94)

Attachment 6

EEOC Form 136
(10/94)

# UNITED STATES OF AMERICA
## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# SUBPOENA

TO: Deborah Spann, Personnel Director  
Alabama Department of Youth Services  
P.O. Box 546, 100 Industrial Road  
Mount Meigs, AL 36057

NO. BIDO-50035

IN THE MATTER OF: Alvin R. Turner v. Alabama Department of Youth Services

Charge No. 130 2004 02580

Having failed to comply with previous request(s) made by or on behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

[ ] Testify before:    [ ] Produce and bring *   or   [XX] Mail * the documents described below to:

[ ] Produce access to the evidence described below for the purpose of examination or copying to:

Noah Carter, Investigator    of the Equal Employment Opportunity Commission

at Ridge Park Place, Suite 2000    on May 11, 2005    at 10:00    o'clock
1130 - 22nd Street, South, Birmingham, AL 35203

The evidence required is

**SEE ATTACHED**

DATE MAILED  4/27/05

CERTIFIED RECEIPT NO: 7003 0500 0000 3739 3602

This subpoena is issued pursuant to  [X] (Title VII) 42 U.S.C. 2000e-9    [ ] (ADEA) 29 U.S.C. 626(a)    [ ] (EPA) 29 U.S.C.209
[ ] (ADA) 42 U.S.C. 12117(a)

ISSUING OFFICIAL (Typed name, title and address)    ON BEHALF OF THE COMMISSION

Bernice Williams-Kimbrough, District Director  
EEOC - Ridge Park Place, Suite 2000  
1130 - 22nd Street, South, Birmingham, AL 35203

Bernice Williams-Kimbrough  
District Director    4/27/05
Date

*NOTICE TO PERSON SUBPOENAED - The Commission will not pay witness fees or travel expenses for the delivery of required documents to a Commission office unless the box "Testify before" is also checked on the subpoena.

Attachment To

Charge No: __130 2004 02580__

Subpoena No. __BIDO-50035__ Dated __4/27/05__

1. Submit complete copies of both Charging Party and Sylvia Dyer's personnel and leave records.

2. Provide the names and gender of employees of the Mt. Meigs Campus who requested to participate in the donated leave program during the time frame from January 1, 2001 to January 31, 2004. This data should include each person's application for participation in the donated leave program, medical certificates/and or doctor statements supporting the request for donated leave and records verifying the amount of leave donated. If the applicant was not approved for participation, provide an explanation and supporting documentation as to why denied.

On Behalf of the Commission:

__4/27/05__
Date

Bernice Williams-Kimbrough
District Director