IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05-MC-3256-T |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the motion (doc. # 1) filed by the Equal Employment Opportunity Commission (EEOC) for the enforcement of a subpoena issued pursuant to its authority contained in 42 U.S.C. § 2000e-9, it is

ORDERED that on or before June 29, 2005 the Alabama Department of Youth Services shall show cause in writing why the Department should not be required to comply with the subpoena.

The Clerk of the Court is DIRECTED to serve a copy of the this order, the EEOC's motion and the memorandum in support of the motion on the Department at the address listed on the EEOC's motion and to further serve a copy of these documents on the Attorney General of the State of Alabama.

Done this 14th day of June, 2005.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE