| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cyndi Thomas*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Cyndi Thomas  C. Date of Delivery: 6-15-05 |
| 1. Article Addressed to:<br><br>Alabama Dept. of Youth Services<br>PO Box 546<br>100 Industrial Road<br>Mt. Meigs, AL  36057<br><br>Cmp. + order of 6/14/05<br>05mc3256 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 5177 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540