IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05mc3256-MHT |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, | ) ) ) | |
| Respondent. | ) | |

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. No. 7) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. No. 6) is adopted.

(3) Respondent is to comply with the subpoena at issue within 14 days from the date of this order.

(4) Petitioner and its officers and employees are not

to disclose to the charging party any personally identifiable medical information or records about other employees unless petitioner first obtains prior approval of the court.

DONE, this the 26th day of June, 2006.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**